## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Hamilton Clark Conner III aka H. Clark
Connor, 3rd aka Hamilton C. Connor aka
Hamilton Clark Connor, III and
Violet F. Connor

                  **Debtor(s)**

BK NO. 23-02216 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

     Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
03 Oct 2023, 12:11:05, EDT

     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     215-627-1322

Document ID: 7bbf261ce7f252b4efd1d68a9b532eb84145d8c1adfc872c4b1f078cb0a2bd7