United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02216-MJC
Hamilton Clark Connor, III  Chapter 13
Violet F. Connor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Oct 31, 2023     Form ID: ntcnfhrg     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hamilton Clark Connor, III, Violet F. Connor, 119 Pine Knob Ln., PO Box 104, Canadensis, PA 18325-0104 |
| 5568895 | + | Elan Financial Svcs, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5568896 | + | First Horizon Bank, PO Box 31, Memphis, TN 38101-0031 |
| 5570314 | + | First Horizon Bank f/k/a First Tennessee Bank, Nat, PO Box 1469, Knoxville, TN 37901-1469 |
| 5568900 | + | Jonathan Cawley, Esq., Hayt, Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5568884 | + | Philip W. Stock, Esq., 706 Monroe Street, Stroudsburg, PA 18360-2270 |
| 5568906 | | Shane Connor, 2701 Elroy Drive, Apt I-19, Hatboro, PA 19040 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2023 18:52:45 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569328 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 31 2023 19:03:26 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5568885 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 31 2023 18:41:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5568886 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2023 19:03:26 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5568887 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 31 2023 18:41:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5568888 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 31 2023 18:41:00 | Barclays Bank/GAP, PO Box 8803, Wilmington, DE 19899-8803 |
| 5568889 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2023 18:52:37 | CAP1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5568891 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2023 18:52:55 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5568890 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2023 18:53:12 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5568892 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2023 18:52:41 | Citicards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5568893 | + | Email/Text: loanresearch@confidentfs.com | Oct 31 2023 18:41:00 | Dignifi, 2560 55th St. Ste. 100, Boulder, CO 80301-5805 |
| 5568894 | + | Email/Text: mrdiscen@discover.com | Oct 31 2023 18:41:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5570167 | | Email/Text: mrdiscen@discover.com | Oct 31 2023 18:41:00 | Discover Bank, Discover Products Inc, PO Box |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5568897 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 31 2023 18:41:00 | FNB Omaha, PO Box 3412, Omaha, NE 68103 |
| 5570828 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 31 2023 18:41:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 5568898 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 31 2023 18:41:00 | Goldman Sachs, PO Box 70321, Philadelphia, PA 19176-0321 |
| 5568899 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2023 18:41:00 | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 5568901 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2023 18:52:59 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 5568902 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 31 2023 18:52:55 | JPMCB Home, 700 Kansas Ln., Monroe, LA 71203 |
| 5572704 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 31 2023 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5573216 | + | Email/Text: RASEBN@raslg.com | Oct 31 2023 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5571632 | + | Email/Text: RASEBN@raslg.com | Oct 31 2023 18:41:00 | JPMorgan Chase Bank, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5574927 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 31 2023 18:41:00 | Midland Credit Management, Inc., P.O. Box 2037, Warren, MI 48090-2037 |
| 5568903 | + | Email/PDF: pa_dc_claims@navient.com | Oct 31 2023 18:53:13 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5570219 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 31 2023 18:41:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5568904 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 31 2023 18:41:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 5571988 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 31 2023 18:41:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5568907 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2023 18:52:29 | SYNCB /Care Credit, PO Box 965024, Orlando, FL 32896-5024 |
| 5568908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2023 18:52:56 | SYNCB/Home Design, PO Box 965036, Orlando, FL 32896-5036 |
| 5568909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2023 18:52:59 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 5568910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 31 2023 18:52:31 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5568905 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 31 2023 18:41:00 | Santander Consumer, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5571819 | | Email/Text: bkyelectnotices@trelliscompany.org | Oct 31 2023 18:41:00 | Navient Solutions, LLC. on behalf of, TGSLC dba Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 5575095 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 31 2023 18:41:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | JPMorgan Chase Bank, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5568882 | *+ | Hamilton Clark Connor, III, 119 Pine Knob Ln., PO Box 104, Canadensis, PA 18325-0104 |
| 5573410 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5568883 | *+ | Violet F. Connor, 119 Pine Knob Ln., PO Box 104, Canadensis, PA 18325-0104 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2023       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mary F Kennedy | on behalf of Creditor First Horizon Bank f/k/a First Tennessee Bank National Association s/b/m to First Horizon Home Loan Corporation mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor JPMorgan Chase Bank National Association mimcgowan@raslg.com |
| Philip W. Stock | on behalf of Debtor 1 Hamilton Clark Connor III pwstock@ptd.net |
| Philip W. Stock | on behalf of Debtor 2 Violet F. Connor pwstock@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Hamilton Clark Connor III, aka H. Clark Connor 3rd, aka Hamilton C. Connor, aka Hamilton Clark Connor III, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−02216−MJC |
| Violet F. Connor, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**December 7, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 14, 2023<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 31, 2023 |

ntcnfhrg (08/21)