UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HAMILTON CLARK CONNOR, III
AKA: HAMILTON CLARK CONNOR, III,
HAMILTON C. CONNOR CHAPTER 13
VIOLET F. CONNOR

        Debtor(s)         CASE NO: 5-23-02216-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant
vs.
HAMILTON CLARK CONNOR, III
AKA: HAMILTON CLARK CONNOR, III,
HAMILTON C. CONNOR
VIOLET F. CONNOR

        Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 3, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on September 26, 2023.

2. A hearing was held and an Order was entered on December 14, 2023 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    /s/   Agatha R. McHale, Esquire
    Id:  47613
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA   17036
    Phone:  717-566-6097
    email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HAMILTON CLARK CONNOR, III
AKA: HAMILTON CLARK CONNOR, III,
HAMILTON C. CONNOR
VIOLET F. CONNOR

        Debtor(s)          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant          CASE NO: 5-23-02216-MJC

HAMILTON CLARK CONNOR, III
AKA: HAMILTON CLARK CONNOR, III,
HAMILTON C. CONNOR
VIOLET F. CONNOR

        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA 18701 | Date: February 1, 2024<br><br>Time: 10:00 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: January 3, 2024          /s/ Agatha R. McHale, Esquire
                                                          Id: 47613
                                                          Attorney for Trustee
                                                          Jack N. Zaharopoulos
                                                          Standing Chapter 13 Trustee
                                                          Suite A, 8125 Adams Dr.
                                                          Hummelstown, PA 17036
                                                          Phone: (717) 566-6097
                                                          email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HAMILTON CLARK CONNOR, III
AKA: HAMILTON CLARK CONNOR, III,
HAMILTON C. CONNOR
VIOLET F. CONNOR

CHAPTER 13

Debtor(s)

CASE NO: 5-23-02216-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.

HAMILTON CLARK CONNOR, III
AKA: HAMILTON CLARK CONNOR, III,
HAMILTON C. CONNOR
VIOLET F. CONNOR

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 3, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served electronically</u>
PHILIP W. STOCK, ESQUIRE
706 MONROE ST.
STROUDSBURG, PA  18360

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

<u>Served by 1st Class Mail</u>
HAMILTON CLARK CONNOR, III
119 PINE KNOB LN.
PO BOX 104
CANADENSIS, PA  18325

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 3, 2024

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HAMILTON CLARK CONNOR, III
AKA: HAMILTON CLARK CONNOR, III,
HAMILTON C. CONNOR
VIOLET F. CONNOR

            Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant

CASE NO: 5-23-02216-MJC

HAMILTON CLARK CONNOR, III
AKA: HAMILTON CLARK CONNOR, III,
HAMILTON C. CONNOR
VIOLET F. CONNOR

            Respondent(s)

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.