United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02216-MJC
Hamilton Clark Connor, III  Chapter 13
Violet F. Connor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Feb 02, 2024     Form ID: ordsmiss     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Hamilton Clark Connor, III, Violet F. Connor, 119 Pine Knob Ln., PO Box 104, Canadensis, PA 18325-0104 |
| 5568895 | + | Elan Financial Svcs, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5568896 | + | First Horizon Bank, PO Box 31, Memphis, TN 38101-0031 |
| 5570314 | + | First Horizon Bank f/k/a First Tennessee Bank, Nat, PO Box 1469, Knoxville, TN 37901-1469 |
| 5568900 | + | Jonathan Cawley, Esq., Hayt, Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 5568884 | + | Philip W. Stock, Esq., 706 Monroe Street, Stroudsburg, PA 18360-2270 |
| 5568906 | | Shane Connor, 2701 Elroy Drive, Apt I-19, Hatboro, PA 19040 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 02 2024 23:42:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5569328 | + | EDI: AISACG.COM | Feb 02 2024 23:42:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5568885 | + | EDI: GMACFS.COM | Feb 02 2024 23:42:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5568886 | + | Email/PDF: bncnotices@becket-lee.com | Feb 02 2024 18:59:31 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5576887 | | Email/PDF: bncnotices@becket-lee.com | Feb 02 2024 18:49:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5568887 | + | EDI: BANKAMER | Feb 02 2024 23:42:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5568888 | + | EDI: TSYS2 | Feb 02 2024 23:42:00 | Barclays Bank/GAP, PO Box 8803, Wilmington, DE 19899-8803 |
| 5568889 | + | EDI: CAPITALONE.COM | Feb 02 2024 23:42:00 | CAP1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5568891 | + | EDI: CITICORP | Feb 02 2024 23:42:00 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5568890 | + | EDI: CITICORP | Feb 02 2024 23:42:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5577378 | | EDI: CAPITALONE.COM | Feb 02 2024 23:42:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5580893 | | EDI: CITICORP | Feb 02 2024 23:42:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5568892 | + | EDI: CITICORP | Feb 02 2024 23:42:00 | Citicards/Citibank, PO Box 6241, Sioux Falls, SD |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-6241 |
| 5568893 | + | Email/Text: loanresearch@confidentfs.com | Feb 02 2024 18:40:00 | Dignifi, 2560 55th St. Ste. 100, Boulder, CO 80301-5805 |
| 5568894 | + | EDI: DISCOVER | Feb 02 2024 23:42:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5570167 | | EDI: DISCOVER | Feb 02 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5568897 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 02 2024 18:40:00 | FNB Omaha, PO Box 3412, Omaha, NE 68103 |
| 5570828 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 02 2024 18:40:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 5568898 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 02 2024 18:40:00 | Goldman Sachs, PO Box 70321, Philadelphia, PA 19176-0321 |
| 5568899 | + | EDI: IRS.COM | Feb 02 2024 23:42:00 | Internal Revenue Service, PO Box 804527, Cincinnati, OH 45280-4527 |
| 5582246 | | EDI: JEFFERSONCAP.COM | Feb 02 2024 23:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5581924 | | EDI: JEFFERSONCAP.COM | Feb 02 2024 23:42:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5568901 | | EDI: JPMORGANCHASE | Feb 02 2024 23:42:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 5568902 | | EDI: JPMORGANCHASE | Feb 02 2024 23:42:00 | JPMCB Home, 700 Kansas Ln., Monroe, LA 71203 |
| 5582289 | | EDI: JPMORGANCHASE | Feb 02 2024 23:42:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5572704 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 02 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5573216 | + | Email/Text: RASEBN@raslg.com | Feb 02 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5571632 | + | Email/Text: RASEBN@raslg.com | Feb 02 2024 18:40:00 | JPMorgan Chase Bank, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5577896 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2024 18:49:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5574927 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 02 2024 18:40:00 | Midland Credit Management, Inc., P.O. Box 2037, Warren, MI 48090-2037 |
| 5581213 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 02 2024 18:40:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 5568903 | + | EDI: NAVIENTFKASMSERV.COM | Feb 02 2024 23:42:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5570219 | + | EDI: PENNDEPTREV | Feb 02 2024 23:42:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5570219 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2024 18:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5568904 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 02 2024 18:40:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 5580231 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 02 2024 18:40:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |

| Recip ID | Bypass Reason | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5581680 | | EDI: PRA.COM | Feb 02 2024 23:42:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5571988 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 02 2024 18:40:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5568907 | + | EDI: SYNC | Feb 02 2024 23:42:00 | SYNCB /Care Credit, PO Box 965024, Orlando, FL 32896-5024 |
| 5568908 | + | EDI: SYNC | Feb 02 2024 23:42:00 | SYNCB/Home Design, PO Box 965036, Orlando, FL 32896-5036 |
| 5568909 | + | EDI: SYNC | Feb 02 2024 23:42:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 5568910 | + | EDI: SYNC | Feb 02 2024 23:42:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5568905 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 02 2024 18:40:00 | Santander Consumer, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5571819 | | Email/Text: bkyelectnotices@trelliscompany.org | Feb 02 2024 18:40:00 | Navient Solutions, LLC. on behalf of, TGSLC dba Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 5575095 | | EDI: USBANKARS.COM | Feb 02 2024 23:42:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5580229 | | EDI: AIS.COM | Feb 02 2024 23:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | JPMorgan Chase Bank, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5577261 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5568882 | *+ | Hamilton Clark Connor, III, 119 Pine Knob Ln., PO Box 104, Canadensis, PA 18325-0104 |
| 5573410 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5568883 | *+ | Violet F. Connor, 119 Pine Knob Ln., PO Box 104, Canadensis, PA 18325-0104 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed

below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mary F Kennedy | on behalf of Creditor First Horizon Bank f/k/a First Tennessee Bank National Association s/b/m to First Horizon Home Loan Corporation mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor JPMorgan Chase Bank National Association mimcgowan@raslg.com |
| Philip W. Stock | on behalf of Debtor 1 Hamilton Clark Connor III pwstock@ptd.net |
| Philip W. Stock | on behalf of Debtor 2 Violet F. Connor pwstock@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Hamilton Clark Connor III,<br>aka H. Clark Connor 3rd, aka Hamilton C. Connor, aka<br>Hamilton Clark Connor III,<br><br>**Debtor 1** | Chapter  13<br><br>Case No.  5:23−bk−02216−MJC |
| Violet F. Connor,<br><br>**Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  February 2, 2024

ordsmiss (05/18)